[No. 30669-3-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RAE CHRISTOPHERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05838-1, Anne L. Ellington, J., entered May

12, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Kennedy, J.